**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01252-CV

### NATHAN WEILBACHER, Appellant

### V.

### MELODIE CRAFT, Appellee

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 13-06130-J**

## ORDER

We **GRANT** appellant's November 21, 2013 unopposed second motion for an extension of time to file a brief. Appellant shall file his brief on or before December 10, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
          JUSTICE